CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:      Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 23-00041 SOM |
|---|---|
| Plaintiff, | NOTICE OF FILING DECLARATION OF INTERNET PUBLICATION; DECLARATION OF INTERNET PUBLICATION; EXHIBIT "A" |
| vs. | |
| ALDEN BUNAG, | |
| Defendant. | |

NOTICE OF FILING DECLARATION OF INTERNET PUBLICATION

   The United States of America, by and through its undersigned attorney,

attaches for filing the Declaration of Internet Publication as it pertains to the

above-captioned defendant in the above-entitled case.

 Dated: December 12, 2023, at Honolulu, Hawaii.

           Respectfully submitted,

           CLARE E. CONNORS
           United States Attorney
           District of Hawaii

           By: */s/ Rebecca A. Perlmutter*
           REBECCA A. PERLMUTTER
           Assistant U. S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALDEN BUNAG,<br><br>　　　　　Defendant. | CR. NO. 23-00041 SOM<br><br>DECLARATION OF INTERNET PUBLICATION |

DECLARATION OF INTERNET PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, Notice of Forfeiture, as it pertains to the above-captioned defendant, was duly posted on an official government internet website (www.forfeiture.gov). The publication ran for at least 30 consecutive days, beginning on October 26, 2023, as evidenced by the Advertisement Certification Report and the published Notice of Forfeiture Action, copies of which are collectively attached hereto as Exhibit "A."

//

//

//

I am authorized to make this declaration and do so based on my personal knowledge and information obtained through official government sources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2023 at Honolulu, Hawaii.

                                         */s/ Jane Pascual*
                                         JANE PASCUAL
                                         FSA Asset Forfeiture Paralegal