CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: rebecca.perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-00041 SOM |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| ALDEN BUNAG, | |
| Defendant. | |

## GOVERNMENT'S SENTENCING STATEMENT

By and through the undersigned attorneys, the government respectfully submits a sentencing statement of no objection to the U.S. Probation Office's draft Pre-Sentence Report.

1

DATED: December 13, 2023, at Honolulu, Hawaii.

                                             Respectfully submitted,
                                             CLARE E. CONNORS
                                             United States Attorney
                                             District of Hawaii

                                             By */s/ Rebecca A. Perlmutter*
                                                  REBECCA A. PERLMUTTER
                                                  Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

**<u>Served via NEF CM/ECF Notification:</u>**

Jacqueline Esser, Esq.
Jacqueline_Esser@fd.org

Attorney for Defendant
 Alden Bunag

**<u>Served via EMAIL:</u>**

Sara Nieling
Sara_Nieling@hip.uscourts.gov
U.S. Probation Office
300 Ala Moana Boulevard, Room
Honolulu, HI 96850

DATED: December 13, 2023, at Honolulu, Hawaii.

*/s/ Rebecca Perlmutter*
United States Attorney's Office
District of Hawaii