Dear Honorable Judge Mollway:

I, Alden Bunag, accept responsibility for the crimes that I have committed. I recognize the severely detrimental effects that my actions had on the victims, their families, and every student associated with me.

I have such deep regret for what I've done that I ended up developing depression and anxiety as well as a firm determination to get the treatment and support I need to never do this again.

I fully acknowledge that it is my fault alone for committing this crime. I've recognized that along with being fairly emotionally immature to the point where it was more easy for me to develop friendships with people much younger than me than my fellow peers, this behavior is not appropriate and I need treatment to learn how to set appropriate boundaries and be in healthy relationships.

After 2017, I feel into deep depression because I knew what I did was wrong and went against my moral foundation. As such, for the next 5 years my life revolved around my family, and friends. I was the only child left living with my parents so I did what I could to take care of them, drive them around, tend to their needs and pick up the slack where they were unable. I became more supportive and caring towards my friends, trying to always be there for them and not think about my own needs.

Since my arrest, I've still been dedicated to helping and enriching others. Whenever possible, I help the other inmates study for their GED exam and have helped them make portraits of their significant others when they have asked. I've also developed a love for culinary and have created some unique dishes in here and repeatedly make it for others. I want to pursue more training in culinary if possible at whichever facilities I go in the mainland and eventually when I get out since I recognize that not only is it an artistic skill which appeals to me, but it's also a realistic career choice for me when I'm released due to it allowing me to easily follow the perimeters and restrictions that will be placed on me under supervised release. I intend on furthering my education and will try to earn more degrees, particularly one in English Language Arts and Psychology.

I saw the positive impact I'm capable of having prior to my arrest so I want to assure you that that will be my mindset when I'm released.

Sincerely,

/s/Alden Bunag_____
Alden M. Bunag

05 June 2023

To:  Honorable Judge Susan Oki Mollway

From:  Danilo T. Bunag

Subject:  Letter of Support for Alden M. Bunag

I am Danilo T. Bunag, a retired US Air Force Senior Master Sergeant and retired Department of the Navy federal employee.  I am Alden M. Bunag's father.  My wife, Yolanda, and I have been with Alden since he was born in Aurora, Colorado in 1988 and throughout my military career on various assignments stateside and overseas, federal employment, and ultimate retirement in the state of Hawaii.  He has an older brother, a younger sister, and extended family members in the US mainland and the Philippines.

Alden grew up from a supportive family, active in Church and community activities, and held offices in the Church's Youth organization and Children's Worship Services (Sunday School).  He completed elementary school at Kaiserslautern Elementary School, Germany.  He attended and graduated 'cum-laude" at Radford High School, Hawaii.  He then attended University of Hawaii (UH) Leeward Community College and subsequently graduated at UH West Campus in 2016 with Bachelor of Arts Degree in Creative Media.  He was employed at YMCA, Hawaii Department of Education schools, and Department of the Navy Joint Base Pearl Harbor-Hickam Youth Center.  Some of his hobbies are dance, drawing, music/singing, photography, and video games.

Early in his elementary school years, he was diagnosed with ADHD at nearby Military Treatment Facility. With therapy, medications, family and Church support, he was able to cope, function, and grew up as a sweet and loving person.  We believe that his ADHD has not been fully treated as the medications had some adverse side effects, so my wife and I decided to stop them and opted to closely observe his behavior.  It is our understanding that a person with ADHD does not always make the best decisions, is easily distracted or unable to focus, maybe impulsive, and does not fully comprehend the risks or consequences of actions.  We are not using this as an excuse for any of his wrong-doing, but merely to request understanding, consideration, and assistance with his rehabilitation.

The following are some of the proudest moments or events we can recall of our son, Alden.  He willingly helped me, my wife, his siblings, friends, and Church members when asked although he maybe tired or busy.  These maybe household or yard chores, chapel cleaning and guarding, getting picked up or dropped off somewhere, or merely to buy and pick up groceries and food.  Trying to stay active and improve himself, he was involved with a local dance group, traveled and competed with his group, and won dance competition at Las Vegas, NV.  Another remarkable accomplishment, he choreographed a dance number for the Church's centennial celebration in 2014 which received accolades due to his creative mixture of hula and hip-hop movements.   It took him almost ten years to finish his bachelor's degree after high school, but he persevered in spite of many difficulties and challenges.

We love and support Alden.  We are deeply sorry for his wrongs and mistakes and apologize to anyone or any family affected by these serious actions.  We request your leniency and assistance with rehabilitation.

Sincerely,

*Danilo T. Bunag*
Danilo T. Bunag
Father

Letter to Judge

Dear Judge Susan Oki Mollway,

     I am writing to acknowledge my personal connection with the defendant, Alden Bunag, who has pled guilty to having sexual relations with one of his students. Personally, I have known Alden since 2013, when I began attending college at the University of Hawaii, West Oahu. Upon seeing him around campus, I initially perceived him as someone outspoken, bubbly, and adventurous. It wasn't until I began visiting the schools from my hometown in Ewa Beach that I officially met Alden while he was teaching a dance class at Ilima intermediate school alongside one of my friends from church. Upon meeting him, I recognized his passion for teaching, dancing, and helping others.

     Eventually, Alden and I became close friends as we both attended the same college. Aside from simply teaching dance classes, he then began substituting and assisting at various schools and academic events. Alden cared about his students, and the students would regularly attended social events, such as movies, in-town celebrations, anime conventions, or simply eating at restaurants with us. As someone who doesn't drive, I would often be riding alongside Alden and one or two of his students. Such occurrences did not seem abnormal to me since his students seemed comfortable.

     In addition to having a close connection with students, he also had a good connection with our college peers. His sense of humor, sassiness, and friendliness never changed around other people. As funny as he could be, Alden was still willing to be a listening ear and a strong voice for those who didn't feel heard. At our college, he was a strong supporter of the LGTBQ community and tended to assist those who felt judged by many. As someone who majored in education, he also protested for better funding. Additionally, a lot of students sought a dance club, and so he asked me and a few others to help him make it happen. Sometime around 2015, Alden officially began teaching dance classes to college students alongside me and a few other students that were close to him.

     As supportive as Alden was towards others, I recall him feeling quite unsupported around 2017-2018 when we were close to graduating. During these times, Alden was not only stressing over college, but he was also stressing over losing his job. As outspoken as he was, there were a few times when Alden would act quiet. Both his family and a few friends also noticed it. Such a sight seemed odd since Alden was overall a bubbly person who had no time for stressing over the small things in life. During that time, I also recall Alden asking me to pray for him; I knew him as a strong atheist, and so, such a request surprised me. It's surprising enough that Alden would befriend me, a cradle Catholic. With that said, I followed through and prayed over Alden just as I would with anyone. Instead of lashing out with disbelief, Alden thanked me and said, "You'd make a good teacher."

     Having known Alden for a great amount of time, especially as a Catholic, it was apparent that Alden had fallen into temptation by committing such a crime. As far as I know, he was simply trying to achieve something he wasn't sure he was going to achieve. And by that, I mean he really wanted to become a teacher at the time, but he wasn't sure if he was going to. By the time he was charged, he had already graduated and gained a sense of realization, which is why he's willing to admit what he had done wrong. His family and friends have always supported him because he had always supported us. As a Catholic, I'm personally not afraid to recognize the

sins that Alden has committed. As a Catholic and his friend, however, I am also not afraid to forgive him.

Sincerely,

Adrian Jay Villarino

To Honorable Judge Susan Oki Mollway,

I know Alden Bunag through Airleah Bunag. Our first interaction was when I was in middle school and a classmate of his sister. It has been 15 years since we've met though I have not kept in touch since I left Hawaii over ten years ago.

I know the charges against Alden and understand that he pleads guilty.

Our contact was limited to when I was spending time with his sister—mostly as he picked us up from school and drove us home. I appreciated this as I would rely primarily on public transport. I observed that he focused greatly on his creative passions. He was a dancer, created digital artwork, and was interested in photography.

Respectfully,
Ashley Castaneda

08 January 2024

To:     Honorable Judge Susan Oki Mollway

From:  Froilan and Beverly Domingo

Subject:  Letter of Support for Alden M. Bunag

I, Froilan Domingo and my wife, Beverly, have known Alden Bunag for over 17 years now because his mom became my wife's best friend from the first day they met.  Alden is a very respectful person, not only to his parents, grandmother, and siblings, but to us also whom he fondly calls "Uncle" and "Auntie."  He has been a very loving, thoughtful, happy, and caring person.  That is why my two daughters love to hang out with him because of his joyful personality.  Never have I seen him get mad nor raise his voice during the times we had get togethers and/or parties at each other's homes.  He loves to sing and dance hip hop so he always choreographs most of the dances and children's performances.  They listened to and followed him because of his kindness and patience.

I recalled a time when my wife and his mom were part of the choral group during a celebration at Neil Blaisdell Concert Hall.  During the dry run, he took good care of my eldest daughter, who was 9 years old at that time, and the other children.  After the children's practice and while the choral group was on the stage practicing, he delivered and guided the kids to their parents.  All of the parents were so thankful to him because he was able to guide the children during the dry run and made sure they had refreshments and have fun, even though the practice was long and tiresome.

We hope and pray that he will be given a lighter sentence because we all missed him so much, especially his singing and dancing.  His joyful personality makes us laugh and happy.

Sincerely,

*[signatures]*

Froilan Domingo
Beverly Domingo

01.06.23

Dear Judge Susan Oki Mollway:

I write this letter to share my experience of knowing Alden Bunag for 9 years from 2005 – 2015. I know Alden Bunag during those years to be an active and faithful member of Church of Christ or Iglesia Ni Cristo. As I was the Media Production Producer of the District of Hawaii- Pacific of our church during those years Alden was one of the assisting coordinators during production he would be part of the crew. He was very responsible and reliable.  We could count on Alden to assist us, and he got along well with everyone and treated everyone with respect and was always helpful.  During our 100th Anniversary Alden Bunag was the lead choreographer for our youth in an exceptional dance performance at the Neal Blaisdell Concert Hall. He was also the Children Worship Service Officer where he would oversee and take care of the children during worship services and activities.

Alden Bunag comes from a good and well-respected family.  His mother and father are active members of the Church of Christ and they constantly remind him of his Christian values. If released he will be supported by his family, friends, and relatives.

We request you give Alden another opportunity to renew his ways, as with the proper continuance guidance, supervision, and support Alden will surely strive to be an upstanding citizen in society.

Should you have any questions or concerns regarding Alden Bunag, you may contact me at ▮▮▮▮▮▮ or email jen.valerio@gmail.com.

Sincere regards,

*Jennifer Valerio* (signature)

Jennifer Valerio

December 28, 2023

Judge Susan Oki Mollway

Dear Judge Susan Oki Mollway,

My name is Reggie Hayag, I have known Alden Bunag for more than 15 years, we met each other in the church. I know what the charges are against Alden, and I know, he has pled guilty.

Alden is an active member in our church and is very kind and respectful. He has always been hard working and studious. He spent many hours leading the brethren in practicing dance performances for our church's celebration and gatherings. Alden is a happy person, with a kind heart. He was raised well by his parents, father served in the military, and mother took good care of him at him, with Christian guidance. Alden comes from a solid family and has many close friends.

May our Lord God, hear all of our prayers for Alden.

Sincerely,

Reggie Hayag

January 5, 2024

To the Hon. Judge Susan Oki Mollway

Dear Madam,

My name is Percival F. Tumbaga 67 years old, a retired US Army and lives in Colorado Springs, Colorado. My wife Helen and I are good friends with Alden's parents since the 80's.

I've known Alden Bunag since he was a small boy way back in the 90's in Germany where his dad and I was stationed. Alden was a good kid, always trying to help in every way he can and likes to share what he has with our kids and to other kids.

There were many times when he'll just leave his toys for others to have, and when asked why he left it behind, "I can ask my Dad to replace it", was always his reply.

There was one memory that I won't forget, It was a cold winter year at one time in Europe and as we were departing together with Alden and my sons,

upon exiting the main door Alden noticed a bird under a plant unable to fly and appeared sick. He took it inside the main building and placed it near the heater. Growing up, Alden was always good and kind.

He was also very active in our church, at a young age he shows respect, as well as fear in God.

We know the charges against Alden and that he pled guilty. Alden has good qualities and we know he finished his education and very good at what he does teaching and helping the youth in every way he can.

Alden was raised by his parents with love and kindness.

Sincerely yours,

Percival F. Tumbaga

Helen R. Tumbaga