Restitution is due as follows:

| Victim | Amount |
|---|---|
| "Minor Victim 1" | $3,000 |
| "Solomon"<br>c/o Carol L. Hepburn, in Trust for Solomon<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| "Dipper" of the Jester Series<br>c/o Debora A. Bianco, Esq., in Trust<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| "Pia"<br>c/o Debora A. Bianco, Esq., in Trust for the Sweet White Sugar Series<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| "Kauzie" of the RapJerseys series,<br>c/o Debora A. Bianco, Esq., in Trust for Kauzie<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| "Donatello" of the Feb212 Series<br>c/o Debora A. Bianco, Esq., in Trust for Donatello<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| "Jack" of the Rap72 Series,<br>c/o Debora A. Bianco, Esq., in Trust for Jack<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| "Jessy" of the Surfer Hair | $3,000 |

EXHIBIT A

| | |
|---|---|
| Series,<br>c/o Debora A. Bianco,<br>Esq., in Trust for Jessy<br>PO Box 6503<br>Bellevue, WA 98008 | |
| "Jackson" of the<br>BluesPlaid3 Series,<br>c/o Marsh Law Firm PLLC<br>PO Box 4668 #65135<br>New York, NY 10163-4668 | $3,000 |
| "Jordan" of the<br>BluesPlaid4 Series,<br>c/o Marsh Law Firm PLLC<br>PO Box 4668 #65135<br>New York, NY 10163-4668 | $3,000 |
| **TOTAL** | **$30,000** |

EXHIBIT A