CLARE E. CONNORS    7936
United States Attorney
District of Hawaii

SYDNEY SPECTOR    11232
Assistant U.S. Attorney
Attn: Financial Litigation Program
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Sydney.Spector@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALDEN BUNAG,<br><br>　　　　　　Defendant,<br><br>VANGUARD,<br><br>　　　　　　Garnishee. | CR. NO. 23-00041-001 SOM<br><br>GARNISHEE ORDER AS TO VANGUARD |
|---|---|

## GARNISHEE ORDER AS TO VANGUARD

A Writ of Continuing Garnishment, directed to VANGUARD ("Garnishee"), has been duly issued and served upon Garnishee. Pursuant to the Writ of Continuing Garnishment, Garnishee filed an Answer of the Garnishee Form on March 14, 2024, stating that at the time of the service of the Writ it had in its custody, control or possession, property in which the Defendant-Judgment Debtor has a substantial nonexempt interest, to wit: nonexempt earnings belonging to and due ALDEN BUNAG ("Debtor").

On or about March 29, 2024, Debtor was served via certified mail with the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Instructions to the Garnishee, Answer of the Garnishee Form, Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant-Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on how to Claim Exemptions, and Claim for Exemption Form and Debtor did not request a hearing within the time allowed by 28 U.S.C. § 3202(d).

On or about March 15, 2024, Debtor received the Answer of the Garnishee Form and Debtor did not request a hearing within the time allowed by 28 U.S.C. § 3205(c)(5).

IT IS ORDERED that Garnishee pay the current value of Debtor's Brokerage Accounts, a total sum of Thirty Thousand Dollars and No/100 ($30,000.00) to the UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that Garnishee make the check payable to the <u>CLERK, U.S. DISTRICT COURT</u> and mail the checks to the following address:

> Clerk, U.S. District Court
> Room C-338, U.S. Courthouse
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850
>
> Please note on the check:
> Alden Bunag, Cr. No. 23-00043

DATED: April 24, 2024, at Honolulu, Hawaii.

Wes Reber Porter
United States Magistrate Judge